Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Donell Curry
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

State of Alabama,
Reform, AL City Police Department,
Pickens County Alabama
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. 7:22-CV-395-LCB-JHE
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## The Parties to this Complaint

**A.  The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Donell Curry |
| All other names by which you have been known | |
| ID Number | 968030126? |
| Current Institution | Pickens County Jail |
| Address | Carrollton, AL 35447 |

**B.  The Defendant**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MR. Kaleb Beams |
| Job or Title *(if known)* | Assistant District Attorney, 24th Judicial District |
| Shield Number | Unknown |
| Employer | P.O Box 520 |
| Address | Carrollton, AL 35447 |

☒ Individual Capacity   ☒ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | John. A. Russell IV |
| Job or Title *(if known)* | Attorneys |
| Shield Number | Unknown |
| Employer | Court Appointed, P.O box 333, 203 Broad Street |
| Address | Aliceville, AL 35442 |

☒ Individual Capacity   ☒ Official Capacity

Page 2 of 14

Defendant No. 3
    Name: Deanny. M Herring
    Job or Title (if known): Attorneys By the State.
    Shield Number: Unknow
    Employer: P.o box 160
    Address: Reform    AL    35481
                  City        State    Zip Code
    [X] Individual Capacity    [X] Official Capacity

Defendant No. 4
    Name: Dana Elmore
    Job or Title (if known): Reform, City Police
    Shield Number: Unknow
    Employer: State, Reform, City Police Department,
    Address: P.o box 489, Reform    AL    35481
                  City        State    Zip Code
    [X] Individual Capacity    [X] Official Capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

         ☐    Federal officials (a *Bivens* claim)

         [X]    State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation, 6th 8th 14th. Amendment, false Imprisonment Tampering with Arrest Records. Booking Reports, Races, profile, Discrimination

Defendant. No. 5,

Name: Richard, Black

Job or Title, Chief of Police. Reform, City Police Department

Shield Number, unknow

Employer. Reform Police department
Address. p.o. Box 489, Reform, AL. 35481
Phone Number, 205-375-6363

(X individual capacity)   (X official capacity)

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?
Violation 6th 8th 14th. And Discrimination False Imprisonment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Violation 6th Amendment Misrepresentation. 8th Cruel Unusual Punishment 14th Violation due process, Equal Protection, Bill of Rights

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other _____
    *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
Happen in Pickens County, AL City of Reform, AL.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Pickens County, AL Jail

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 27, 2021 Around 2:00 pm or 3:59 pm Between Them Time

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Reform Police Department pull me over With out and Reason Portable Cause. Violation 14th Amendment.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

false Arrest. false Imprisonment. Violation due Process. Discrimination Races.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

2,000. A day for false Imprisonment And 500,000 usd$ for Discrimination, Races profile
20,000$ Violation 14th Amendment due process
30,000$ Violation 8th Amendment
25,000$ Violation 6th Amendment misrepresentation false Information Violation, fail to provide Motion of Discovery, felony Sheet Evidence, Brady vs Maryland US 83. 42. USCA 1983 Civil Rights. fail to provide Legal Information Violation 14th Amendment

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: Donell Curry
Prison Identification #: 968030010268
Prison Address: P.O 226
Carrollton, AL 35447
City / State / Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-19,2022
(Date)

Donell Curry
Signature of Plaintiff

10

To Whom it may concern,

I Mr. Donell Curry was arrested in May 2021 on 2 charges of distribution of marijuana. I bonded out on those charges and then caught another charge for Domestic Violence 2nd on September 27th 2021 by arresting officer Dana Elmore. While still in jail she came back and threw a Strangulation charge on me on the 28th of September 2021; bonded out on those charges. I came to court November 16th 2021 for the distribution charges and was put back in jail for violation of bond due to the charges I received in September. At this time my court appointed lawyer Deanna Herring showed me a video that shows a gram of marijuana, there is nothing else in the video that shows any kind of distribution. Deanna Herring violated my 6th Amendment and 14th Amendment so I had her remove herself from my case due to misrepresentation. There was a supena issued to the arresting officer and the witness, neither showed, so she continued my court date in order to notify the witness when my case should have been thrown out. I was then appointed John A. Russell IV in the month of December. Since then Mr. Russell has filed a motion for discovery/evidence which I have not seen from either lawyer and the only thing he keeps telling me is that they don't have anything. I feel like I am being misrepresented by him as well as being discriminated against and or being racially profiled, as well as being rail roaded with charges that aren't true. I would also like to add that I was never read my miranda rights when arrested on the Domestic Violence/Strangulation charge and that the arresting officer Dana Elmore tampered with the booking dates in the computer to cover up lies.

12. USC 1983 Civil Complaint

*[handwritten: Add as Defendants]*

**RUSSELL & RUSSELL, P.C.**
ATTORNEYS AT LAW
POST OFFICE BOX 333
202 BROAD STREET
ALICEVILLE, ALABAMA 35442

JOHN A. RUSSELL, III
JOHN A. RUSSELL, IV

March 14, 2022

TELEPHONE (205) 373-8714
FACSIMILE (205) 373-8894
RUSSELLANDRUSSELLPC@GMAIL.COM

*[handwritten: 2, Defendants]*

Mr. Kaleb Beams
Assistant District Attorney
　for the 24th Judicial District
P. O. Box 520
Carrollton, Alabama  35447

RE:   State of Alabama v. Donell Curry – Global Settlement and C.I. Videos in
　　　CC21-204 & 205

Dear Kaleb:

This letter is my second request for a possible global settlement in the above referenced matter. To recap, Mr. Curry has two pending felony charges and is currently being held in the Pickens County Jail on a bond revocation. He has been in for quite some time and my prior letter, which is enclosed, should explain our position. Again, I would ask that you look into this matter for a possible settlement.

Secondly, I have received the felony packet from Mr. Curry's prior attorney, Deanna Herring; however, it does not include any videos of the purported C.I. buy. Can you please get this information to me?

Should you have any questions or concerns, please do not hesitate to give me a call.

With best wishes, I am

　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　John A. Russell, IV

JARiv/bc
Enclosure
cc:   Mr. Donell Curry

*[handwritten: Deanna Herring as a Defendant.]*

**RUSSELL & RUSSELL, P.C.**
ATTORNEYS AT LAW
POST OFFICE BOX 333
202 BROAD STREET
ALICEVILLE, ALABAMA 35442

JOHN A. RUSSELL, III
JOHN A. RUSSELL, IV

February 25, 2022

TELEPHONE (205) 373-8714
FACSIMILE (205) 373-8894
RUSSELLANDRUSSELLPC@GMAIL.COM

Deanna M. Herring, Esquire
P. O. Box 160
Reform, Alabama 35481

RE:   Discovery in *State of Alabama v. Donell Curry* in the Circuit Court of Pickens County, Alabama – Case No. CC21-204 & 205

Dear Deanna:

I am writing to you on behalf of my client, Donell Curry. You initially represented Mr. Curry on the two Unlawful Distribution charges he currently has pending in the Circuit Court of Pickens County, Alabama. The purpose of this letter is to ask if you can forward to me a copy of all of the discovery received in this matter.

I further understand that the basis of these charges is a confidential informant's buy from Mr. Curry. Supposedly there is a video of both of these transactions. This is the information that I am looking for.

You can forward this to my email address and/or if it is on a hard drive, merely put it in my box in Carrollton.

With best wishes, I am

Sincerely yours,

John A. Russell, IV

JARiv/bc

cc:   Mr. Donell Curry

**RUSSELL & RUSSELL, P.C.**
ATTORNEYS AT LAW
POST OFFICE BOX 333
202 BROAD STREET
ALICEVILLE, ALABAMA 35442

JOHN A. RUSSELL, III
JOHN A. RUSSELL, IV

December 21, 2021

TELEPHONE (205) 373-8714
FACSIMILE (205) 373-8894
RUSSELLANDRUSSELLPC@GMAIL.COM

Mr. Donell Curry
c/o Pickens County Jail
P. O. Box 226
Carrollton, Alabama 35447

RE: Representation in *State of Alabama v. Donell Curry* in the District *and* Circuit Courts of Pickens County, Alabama

Dear Mr. Curry:

I am writing to confirm with you that I have received notice from both the Circuit Court and the District Court of my representation of you in both of your pending criminal matters. You currently have pending in the Circuit Court, two different Unlawful Distribution of a Controlled Substance charges that Ms. Herring was previously representing you on. I am in the process of obtaining all of the discovery in this cause.

Next, as per our appearance in court on December 14, 2021, I have been appointed to represent you in the pending Domestic Violence – Strangulation charge that is currently in the District Court. This matter will be reset for the January docket. I will also be filing a discovery request in that as well.

With best wishes, I am

Sincerely yours,

John A. Russell, IV

JARiv/bc