UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DONELL CURRY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:22-cv-00395-LCB-JHE |
| STATE OF ALABAMA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Donell Curry filed a *pro se* complaint and supplemental filings under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Docs. 1, 6, 8, 9). On November 14, 2023, the magistrate judge entered a report recommending the court dismiss this action pursuant to 28 U.S.C. § 1915(b)(1)-(2) for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune from such relief. (Doc. 13). Although the magistrate judge advised Curry of his right to file written objections within 14 days, the court has not received any objections. (Doc. 13 at 18–19; Doc. 15 at 2).[1]

---

[1] The Clerk of Court mailed the report and recommendation to Curry at the Pickens County Jail, which was his address of record. (Doc. 14). On December 6, 2023, the Postal Service returned the report and recommendation as undeliverable and with a notation that Curry is no longer incarcerated there. (Doc. 14). The magistrate judge learned that Curry had been transferred to Fountain Correctional Facility and directed the Clerk to resend the report and recommendation to Curry at his current address. (Doc. 15 at 1–2). The magistrate judge notified Curry that any

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1)-(2), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune from such relief.

A Final Judgment will be entered.

**DONE** and **ORDERED** January 4, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

---

objections to the report and recommendation must be filed within 14 days. (Doc. 15 at 2). More than 14 days have elapsed, and Curry has not filed objections or otherwise responded to the magistrate judge's order.